IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FLOYD JOHNSON**  **PLAINTIFF**
ADC #077727

v.  CASE NO. 2:22-CV-00041-BSM

**DOE**  **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 12] are adopted. Floyd Johnson's complaint is dismissed without prejudice. It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal would not be taken in good faith. *Id*. § 1915(a)(3).

IT IS SO ORDERED this 8th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE